IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| TAMMIE LYNN DEDRICK, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:08-cv-00044 |
| | ) Judge Nixon |
| v. | ) Magistrate Judge Griffin |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pending before the Court are Plaintiff's Motion for Summary Judgment (Doc. No. 18) ("Plaintiff's Motion"), the Social Security Administration's Motion for Judgment on the Administrative Record (Doc. No. 25) ("Defendant's Motion"), to which Plaintiff filed a Reply Brief (Doc. No. 29) ("Reply"). Subsequently, Magistrate Judge Griffin issued a Report and Recommendation (Doc. No. 32) ("Report") finding that, "the Commissioner's determination that the plaintiff could perform work at the light level of exertion (tr. 21) during the relevant time period is supposed by substantial evidence in the record as required by 42 U.S.C. § 405(g)." *Id.* at 1. Magistrate Judge Bryant recommended that Plaintiff's Motion be denied and that the Social Security Administration's decision be affirmed. *Id.* at 31. The Report was filed on August 20, 2010, and neither party has raised any objections to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **DENIES** Plaintiff's Motion, **GRANTS** Defendant's Motion, and **AFFIRMS** the decision of the Commissioner.

It is so ORDERED.

Entered this ꝝ0ᵗʰ day of September, 2010.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT